**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FRANK AYEMERE EFEZOKHAE SR.,

     Plaintiff,

   vs.                          Civ. No. 25-951 JMR/SCY

WELLS FARGO BANK, N.A.,

     Defendant.

**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter comes before the Court sua sponte, following its Order to Show Cause regarding failure to serve. Doc. 7. That Order advised Plaintiff that the deadline to serve the Defendant has expired. *Id.* The Order explained that "in order to avoid dismissal of this action, Plaintiff must either effect service or provide the Court with a written explanation showing good cause why service has not been made, on or before February 2, 2025." *Id.* Plaintiff neither effected service or nor responded to the Order to Show Cause.

Therefore, I recommend that the Court dismiss this matter without prejudice. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

The Clerk's office shall mail and email a copy of this Recommendation to Plaintiff.

_____
Steven C. Yarbrough
United States Magistrate Judge

**THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1). A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition. If no objections are filed, no appellate review will be allowed.