## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FRANK AYEMERE EFEZOKHAE SR.,

     Plaintiff,

v.                                      Civ. No. 25-951 JCH/SCY

WELLS FARGO BANK, N.A.,

     Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Steven C. Yarbrough's February 3 2026 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 8. In that PFRD, Judge Yarbrough recommends that the Court dismiss this matter without prejudice for failure to serve. *Id.* at 1. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id.* at 2. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

     **IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 8); and

2. This matter is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1